# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                         :   No. 599

APPOINTMENT OF ADMINISTRATIVE    :   Judicial Administration Docket
JUDGE OF PHILADELPHIA MUNICIPAL   :
COURT, FIRST JUDICIAL DISTRICT       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of October, 2023, in accordance with the general supervisory and administrative powers vested in this Court by Article V, Section 10 of the Pennsylvania Constitution, it is hereby ordered as follows:

     The Honorable Joffie C. Pittman, III, Administrative Judge of the Traffic Court of the First Judicial District of Pennsylvania, is hereby relieved of said assignment, effective December 31, 2023. Further, the position of Administrative Judge of the Traffic Court of the First Judicial District is hereby suspended until further order of this Court.

     The position of Administrative Judge of the Philadelphia Municipal Court is hereby reinstituted, effective January 1, 2024. The Honorable Joffie C. Pittman, III, is hereby appointed to the position of Administrative Judge of the Philadelphia Municipal Court, for a term of three years or at the pleasure of this Court, effective January 1, 2024.

     The composition of the Administrative Governing Board ("Board") of the First Judicial District, as set forth in this Court's January 27, 2016 order, *see* No. 460 Judicial Administration Docket, is hereby amended. The Administrative Judge of the Philadelphia Municipal Court shall replace the Administrative Judge of the Traffic Court of the First Judicial District on the Board, effective January 1, 2024.